UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

**JS-6**

| | |
|---|---|
| Case No. | ED CV 22-2217-TJH(SPx) |
| Date | AUGUST 2, 2023 |

Title: Strike 3 Holdings, LLC v. John Doe

Present: The Honorable TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

Counsel are hereby notified that pursuant to the Judge's directive, and per the Notice of dismissal [13] this case is hereby dismissed witht prejudice and closed.

IT IS SO ORDERED.

cc: all parties