AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.  DATE FILED<br>5:22-cv-02217-TJH       12/18/2022 | United Stated District Court - Central District of California |
| PLAINTIFF<br><br>STRIKE 3 HOLDINGS, LLC | DEFENDANT<br><br>JOHN DOE subscriber assigned IP address 47.145.223.43 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☑ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☑ No | DATE RENDERED<br>08/02/2023 |
|---|---|---|
| CLERK<br>Kiry Gray | (BY) DEPUTY CLERK<br>/s/ J. Lam | DATE<br>08/02/2023 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit A to the Complaint

Location: Chino Hills, CA
Total Works Infringed: 29

IP Address: 47.145.223.43
ISP: Frontier Communications

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 48DE187CADE6D655BB1B5F81C5C2B4B60F540A98<br>File Hash:<br>A9CE71D9B4EB13F809FD81E9DBED8151A9E3E395BE254FC4CB355E0184BCF2CB | 11-22-2022 04:50:20 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 2 | Info Hash: 3C6F904EBC75852A3BD1F0C2A3DE513FA4B37B73<br>File Hash:<br>52453AC6D8EDAAED0F20A81E516C328D6909C6C005A435275B69445E7598F3AB | 11-22-2022 04:45:46 | Vixen | 11-18-2022 | 12-11-2022 | PA0002384397 |
| 3 | Info Hash: 9191BBB92E06E8742E9F6D0F6DDF1B55DF5096B5<br>File Hash:<br>D2341F49BEC2F2FA6B25090A6B4694E3E8D0D68883109D9BD06A823F61DCC810 | 11-16-2022 06:01:23 | Tushy | 11-13-2022 | 12-11-2022 | PA0002384758 |
| 4 | Info Hash: 47880DD91F9AB42518D32839C9B849E25CD779D1<br>File Hash:<br>65F76492606C27C269C481B47DA987DCE7C15080D3F9DAC397D6066A0BA24829 | 11-07-2022 15:30:21 | Blacked | 11-05-2022 | 12-11-2022 | PA0002384720 |
| 5 | Info Hash: 218B2B780EB5CF52D56BCD8BC73B733335D05B8E<br>File Hash:<br>D3EC1B2600C97F78D8F1DE544AE50BD4601C4EDA24A7FA6DFDC39B83D01F8278 | 11-02-2022 16:49:59 | Blacked Raw | 10-31-2022 | 12-11-2022 | PA0002384770 |
| 6 | Info Hash: 7C27BF095E4F194CF457572692811F48FF810FD09<br>File Hash:<br>AB0A8264525BCAB853B2C49533E4DAA1A773A8801E286C169036253E64C206EB | 10-25-2022 11:43:22 | Vixen | 10-14-2022 | 10-31-2022 | PA0002377830 |
| 7 | Info Hash: 01BB889B1962605SD4FECE15305145BDBD5A467<br>File Hash:<br>C00FC070305CAC0AE9AD7729C2B54ABE7575BDFB54FA0ECA6588F455C808FC81 | 10-25-2022 11:17:35 | Vixen | 10-21-2022 | 11-01-2022 | PA0002378075 |
| 8 | Info Hash: A06A21906C5CCA79C85F7BFCFDB7C755910C4E10<br>File Hash:<br>471EBFF0B97DD8D5919A8670BD8F186FE5EAC62C4E7B7FBF24A5B3851ECC266C | 10-24-2022 07:11:55 | Blacked | 10-22-2022 | 10-31-2022 | PA0002377820 |
| 9 | Info Hash: A12A9975F7649C1C5E543623EA13E0F7D6D92807<br>File Hash:<br>D639D13662A921C97C81674EDB2DE452005CB8190C6961545F216A9C0C93DDA9 | 10-24-2022 06:39:25 | Blacked Raw | 10-16-2022 | 11-01-2022 | PA0002378071 |
| 10 | Info Hash: A5666F4387EA230860DCF165EE699E79CC86445C<br>File Hash:<br>F8E19A55EC11C47B8F3144AC4F2EA1C8E8B0EE5C5CEA7BC3AA8AD264D83615FD | 10-17-2022 14:26:16 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 11 | Info Hash: 3BA0D3954BC406710F062C5979ECD9BF8A91237F<br>File Hash:<br>B63705671B499FF06D1B96A11375F61E4779F02BDD1B90F8F602397FB45E1F1E | 10-04-2022 00:40:01 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 3FCB5EDC4F914B5E7E509A419779B9C41C106BED<br>File Hash: 64D9FA6D56DC2C9786A13DBC667D003150B4FA85671ED892B747B6486C35D61C | 10-03-2022 21:24:31 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 13 | Info Hash: A14023846EED88AF95F2AF76BD1D5A5E90CC920D<br>File Hash: B960E455DB5743B61019D1F2991B3E39B5655415FE98C81E642B61C3E14B3CFC | 09-28-2022 19:06:32 | Vixen | 09-23-2022 | 10-05-2022 | PA0002373763 |
| 14 | Info Hash: 0470341D0EE7F066BCA23C40FB4BA20E17A92091<br>File Hash: 1E2E13E36A0C512C5156CC0FDDDEA112CA31907178300EE881FD428A36567559 | 09-19-2022 14:06:40 | Blacked Raw | 09-16-2022 | 10-05-2022 | PA0002373764 |
| 15 | Info Hash: 86C18487578E45172FA87A102FA37E2660FFF7A3<br>File Hash: C69D40874320AA3D5184A284181943DF96513ED55CAF687E769D5A7EA14C162F | 09-11-2022 15:07:24 | Vixen | 09-09-2022 | 10-05-2022 | PA0002373766 |
| 16 | Info Hash: 27BAD7B7BAE709FD4CA2B613F532AC8C772E9F94<br>File Hash: 2923F30067E4BF3F47E62AF432F567D2D3C0ABB4A23A0F09C6EFD1DA39B577131 | 09-06-2022 05:35:42 | Blacked | 09-03-2022 | 11-01-2022 | PA0002378069 |
| 17 | Info Hash: B6B3DC5C87C53BEBD0F5F455E3CF7308A1C85B4B<br>File Hash: 2368DA84A164610BA880B0F903ECE64219A9B6CAF2E841A8F04B5DDC9262C46E | 09-06-2022 05:31:36 | Vixen | 09-02-2022 | 11-01-2022 | PA0002378068 |
| 18 | Info Hash: C50F90F5C52D0EF98AF8FCB8DFA605B3EA200FBF<br>File Hash: FF3BC0768BBFC3B19053BD8540A326DAB4EEB760022FD41C7323A95403E824D6 | 08-30-2022 21:44:34 | Vixen | 08-26-2022 | 10-05-2022 | PA0002373767 |
| 19 | Info Hash: 3E3F0031CED1C5C5EF641C97A3FAB41D92A5BD02<br>File Hash: 89E2C079CB49C28614DC8F984CD70CF6055013284DE8C15649D9B25E22749E93 | 08-22-2022 06:55:48 | Vixen | 08-19-2022 | 08-30-2022 | PA0002367752 |
| 20 | Info Hash: A64381041A252AD91A64156C8F12B51A4933A693<br>File Hash: 2DDDE9A5514A9E98DCCFC4EA6F1978A7B303D71F9AA9B450FD96423B72AA1AEE | 08-22-2022 06:40:11 | Blacked | 08-20-2022 | 08-29-2022 | PA0002367733 |
| 21 | Info Hash: DA9611E9C7E846C569D5C069707890091CF2B3B44<br>File Hash: D150538D71C52F360C335808651D9C366B117C599BC5659BCF12E09496EEA6CD | 08-17-2022 19:11:34 | Blacked Raw | 08-15-2022 | 08-29-2022 | PA0002367735 |
| 22 | Info Hash: F8CAD854E7DC19B53E674840B5554C76AD455AFB<br>File Hash: 8EA7842640D74C90BAC1D369A2072A6125C869D9F4C82073D1032E9BE86A8A6B | 08-17-2022 19:09:07 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |
| 23 | Info Hash: 522106AD5C604CAA38EEB8C9E645BB89B7246439<br>File Hash: E7E033B1618FD43B267E8CD0AF60A898EC2BEDA21372A6C5AE927608189655895 | 08-03-2022 13:57:22 | Tushy | 07-31-2022 | 08-30-2022 | PA0002367738 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 57763A5B3583A13492A671B9919D2855796546C<br>File Hash: 7882436CAE07D7E0F422B3A2EE3582E944A93B99893003C4A5E586C8C2069DAC | 07-29-2022 14:09:12 | Vixen | 07-22-2022 | 08-30-2022 | PA0002367741 |
| 25 | Info Hash: 674B524FAFD7B1AAF922C49B78FD1C201BE620FF<br>File Hash: 32CF7DE4D0D97CA7345FD583EF8460A1DA3FEA4DC48296095F438A352DF65FD1 | 07-17-2022 06:06:31 | Vixen | 07-08-2022 | 08-10-2022 | PA0002370903 |
| 26 | Info Hash: 1846905564D491C6E79EB4BA0AB4B53BEC1C2A45<br>File Hash: D399FBE72F4E37AF02AC4B6FD23ADED71D43B44944430732333A3F354BB01BA87F | 06-27-2022 20:41:02 | Blacked | 06-25-2022 | 07-22-2022 | PA0002359471 |
| 27 | Info Hash: 141878F404F3ADC6EE96B8F9C8286F1A6D27A038<br>File Hash: A8FEEA012BFA3AA2AB0B6096A186E934C32F7D67486DADBDBF922646E38A2CCC | 06-22-2022 22:49:43 | Blacked Raw | 05-23-2022 | 06-27-2022 | PA0002355031 |
| 28 | Info Hash: 3B10347A067B38296B579BB797CFC8F7D6A274FB<br>File Hash: 17011765814E2BCD832941807290FE28474497633640050BD47D1AA0BC05B90B2 | 06-22-2022 22:41:19 | Blacked Raw | 06-20-2022 | 08-10-2022 | PA0002370905 |
| 29 | Info Hash: 48337699074473559B1AE7497364694317E54A70<br>File Hash: 78EB322F8D7792EE00F03A2196DEC628F7D3A24B5849AB27E0DE357EC081AF27 | 06-21-2022 14:50:03 | Vixen | 06-17-2022 | 06-27-2022 | PA0002355040 |